UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Anthony Bell,  Case No. 12-CV-1703 (SRN/SER)

  Plaintiff,

  v.  **ORDER OF DISMISSAL**

Amsher Collection Services, Inc.,

  Defendant.

---

  Based upon the Notice of Voluntary Dismissal filed by the plaintiff on November 2, 2012 [Docket No. 2],

  **IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party.

Dated: November 5, 2012

            s/Susan Richard Nelson
            SUSAN RICHARD NELSON
            United States District Judge